IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) GILBERTO RODRIGUEZ<br>2) ANGEL MENDEZ<br>3) SUGEYL RODRIGUEZ<br>4) BARBARA RAMOS<br>5) YAMILET FAJARDO<br>**6) MARYLIN PINEDA**<br>7) MILDRED BAEZ<br>8) PEDRO PEREZ<br>9) CARMEN SEIN<br>10) RICHARD PIETRI<br>11) EUSEBIO MERCEDES<br>12) GERALDO CASTRO<br>13) GILBERTO MODESTO<br>14) ONNIS ACOSTA<br>15) MARILIZ SUAREZ<br>16) FRANCISCO FONTANEZ<br>17) SAMUEL ESCOBAR<br>18) MARTIN PERNAS<br>19) ANIBAL ROSSELLO<br>20) SONYA CASTELLANOS<br>21) MAXIMILIEN ESPINAL<br>22) MIGUEL DE AZA<br>23) HARRY REYES<br>24) LOUIS CRUZ<br>25) JULIO MARIN<br>26) GLORIA CASTRO<br>27) CESAR BERROA<br>28) RAYSA PACHECO<br>29) JULIO CASTRO<br>30) ELBA TORRES<br>31) GLENDA DAVILA<br>32) RAYMOND RODRIGUEZ<br>33) JOEL CASTILLO<br>34) YOLANDA RODRIGUEZ<br>Defendants | CRIMINAL 08-0242CCC |

# O R D E R

Having considered the Report and Recommendation filed on July 9, 2011 (**docket entry 1235**) on a Rule 11 proceeding of co-defendant Marilyn Pineda-Romero (6) held before U.S. Magistrate Judge Camille L. Vélez-Rivé McGiverin on June 28, 2011, to which

CRIMINAL 08-0242CCC                              2

no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of co-defendant Marilyn Pineda-Romero (6) is accepted.  The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 28, 2011.  The **sentencing hearing is set for September 29, 2011 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 16, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge